# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 4:94-cr-00044-MR-10

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **FREDERICK MAURICE DURHAM,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's Unopposed Motion to Suspend Briefing Order [Doc. 716].

The Defendant, through counsel, moves to suspend the briefing order in this case pending receipt of transcripts requested from the Clerk's office. The Government does not oppose the Defendant's Motion. For good cause shown, the Motion will be granted.

**IT IS, THEREFORE, ORDERED** that the Defendant's Unopposed Motion to Suspend Briefing Order [Doc. 716] is **GRANTED**, and the briefing order in this case [Doc. 715] is hereby **SUSPENDED** pending the Defendant's receipt of transcripts requested from the Clerk's Office. The Defendant shall notify the Court promptly when the requested transcripts are received.

**IT IS SO ORDERED.**

Signed: January 4, 2021

Martin Reidinger
Chief United States District Judge